UST-31, 3/03

Trudy A. Nowak, Chapter 7 Trustee
PMB #418
4802 E. Ray Road, Suite 23
Phoenix, AZ 85044-6417
(480) 759-0524
(480) 759-0524 (fax)
trustee@tanowak.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| MATTHEW PERU | ) | CASE NO. 4:09-bk-24756-JMM |
| RACHEL S PERU | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| Debtor(s) | ) | IN THE AMOUNT LESS THAN $5.00 |
| | ) | TO THE CLERK OF THE U.S. B |
| _____ | | BANKRUPTCY COURT |

Trudy A. Nowak, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in "347" of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---:|---|---:|
| 4 | Tucson Ent Associates PC<br>6567 E Carondelet Ste 515<br>Tucson, AZ 85710 | $4.21 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $4.21 to the Clerk of the Court to be deposited in the Registry thereof.

| March 15, 2011 | /s/ Trudy A. Nowak |
|---|---|
| Date | Trudy A. Nowak |